# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D22-0028
LT Case No. 2010-CF-001568

———————————————

DENIER A. VALENTIN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Volusia County.
James R. Clayton, Judge.

Denier A. Valentin, Carrabelle, pro se.

Ashley Moody, Attorney General, Tallahassee, and Bonnie Jean Parrish, Assistant Attorney General, Daytona Beach, for Appellee.

April 12, 2024

PER CURIAM.

Appellant, Denier A. Valentin, appeals the lower court's sua sponte order directing the trial court clerk to correct his judgment and sentence to eliminate any duplicative jail credit that was awarded in error, arguing that the trial court exceeded its authority in correcting the jail credit amount.

We affirm on all issues raised by Appellant without further discussion. However, as raised by the State, the trial court ordered that no duplicative jail credit should be awarded and directed the trial court clerk to correct the error, and yet the amended judgment and sentence still reflects the duplicative jail credit. Therefore, we remand for the trial court to either correct the written judgment and sentence itself, or to otherwise calculate and clarify the appropriate amount of credit that should be reflected in the written judgment and sentence.

AFFIRMED and REMANDED with instructions.

JAY, HARRIS, and BOATWRIGHT, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————